**Electronically Filed
Supreme Court
SCWC-17-0000815
03-JAN-2023
10:52 AM
Dkt. 5 ODSAC**

SCWC-17-0000815

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

BIG ISLAND FEDERAL CREDIT UNION, Petitioner/Plaintiff-Appellant,

vs.

WILFRED E. AGUIAR, JR., Respondent/Defendant-Appellee, and
COLORADO STATE UNIVERSITY, Respondent/Garnishee-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000815; CIV. NO. 3RC16-1-0329)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

It is hereby ordered that the application for certiorari is dismissed for lack of appellate jurisdiction.

DATED:    Honolulu, Hawaiʻi, January 3, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

